IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                          RESPONDENT

v.                                         Case No. 6:16-cr-60040
                                           Case No. 6:18-cv-6046

MICHAEL SHANE GOLDEN                                                               PETITIONER

## ORDER

Before the Court is the Report and Recommendation filed May 16, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 45[1]. Judge Bryant recommends that Petitioner's 28 U.S.C. § 2255 motion (ECF No. 43) be denied as premature and dismissed without prejudice and that no certificate of appealability be issued. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Petitioner's 28 U.S.C. § 2255 motion (ECF No. 43) is **DENIED** as premature and **DISMISSED WITHOUT PREJUDICE**. No certificate of appealability shall issue.

**IT IS SO ORDERED**, this 20th day of June, 2018.

                                                          /s/ Susan O. Hickey
                                                          Susan O. Hickey
                                                          United States District Judge

---

[1] All docket citations are to the docket in Case No. 6:16-cr-60040.