IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                          RESPONDENT

v.                          Criminal No. 6:16-cr-60040
                            Civil No. 6:18-cv-06046

MICHAEL SHANE GOLDEN                                              MOVANT

## ORDER

Before the Court is the Report and Recommendation filed August 2, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 55). Judge Bryant recommends that Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 48) be denied. Judge Bryant also recommends denying Movant an evidentiary hearing and a certificate of appealability.

Movant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 55) *in toto*. Accordingly, Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 48) is hereby **DENIED**. Further, the Court finds that an evidentiary hearing is not warranted in this matter and declines to issue a certificate of appealability.

**IT IS SO ORDERED**, this 27th day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge