IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    Case No. 6:16-cr-60040

MICHAEL SHANE GOLDEN                                                                  DEFENDANT

## ORDER

Before the Court is Defendant Michael Shane Golden's Motion for Early Termination of Supervised Release. (ECF No. 58).

On September 7, 2017, the Court sentenced Defendant to sixty-six (66) months imprisonment and three (3) years of supervised release for the original offense of Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Defendant began his term of supervised release on January 18, 2022. Defendant's supervised release was subsequently transferred to the Eastern District of Arkansas on September 9, 2022.

In the instant motion, Defendant seeks to have the Court end his current term of supervised release. Defendant cites his total adherence to the terms of his release, his passing of all drug screenings, and the consistent and productive employment he has maintained. Defendant has served approximately twenty-two (22) months of his supervised release term of thirty-six (36) months.

The United States Probation Office ("USPO") provided the Court with its assessment of Defendant's request. The USPO notes that Defendant has maintained total compliance with the conditions of supervised release, maintained a stable residence since his release from imprisonment, maintained full-time employment since his release from federal custody, and paid his financial obligation in full. The USPO concludes that Defendant meets the statutory

requirements for release and does not oppose early termination of Defendant's supervised release. The government has not responded in opposition to Defendant's request for release from supervision.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. *See id*. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, the need to protect the public from further crimes of a defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 58) should be and hereby is **GRANTED** based upon Defendant's good conduct, adherence to the terms of his supervised release, and the interests of justice. Defendant Michael Shane Golden's term of supervised release is hereby **terminated**.

**IT IS SO ORDERED**, this 30th day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge